IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07 C 6866 |
| v. | ) | |
| | ) | Judge GOTTSCHALL |
| CMP CONSTRUCTION COMPANY, INC., an | ) | |
| involuntarily dissolved Illinois corporation, and | ) | |
| KENNETH JONES, individually, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO EXTEND TIME FOR SERVICE

NOW COME Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds (collectively the "Plaintiffs" or the "Funds"), by their attorney, Charles Ingrassia, and hereby respectfully move this Court to extend the time for service upon Defendants CMP Construction Company, Inc., (the "Company") and Kenneth Jones ("Jones" and hereinafter the Defendants will be collectively referred to as the "Defendants") for 60 days. In support of this Motion, Plaintiffs state as follows:

1.   Plaintiffs filed their Complaint on December 5, 2007 seeking to compel the Defendants to submit current benefit and dues contribution reports and the amounts due thereunder and to require the Defendants to submit their books and records to an audit for the period of June 22, 2006 forward. Despite a reasonable and diligent effort, Plaintiffs have been unable to serve the Defendants.

2.      Pursuant to Fed. R. Civ. P. 4(m), this Court may extend the time for service for good cause shown for the failure by the Plaintiffs. Plaintiffs respectfully move this Court to extend the service time for 60 days.

3.      Plaintiffs have made numerous efforts to serve the Defendants at multiple locations. Specifically, Plaintiffs' process servers attempted service of the Summons and Complaint on the Company during normal business hours at the Company's place of business, as provided on the collective bargaining agreement (420 S. Clinton St., Unit 804, Chicago, IL 60607). Plaintiffs' process servers attempted to serve the Defendants at this location on December 12, 2007, but the building's engineer said the Defendants moved six months prior and the Defendants' names were no longer on the directory. In addition, the Funds also reasonably believe that Defendants' place of business may operate out of 2324 W. 111th St., Chicago, IL 60643. The Funds' process servers attempted service there on February 25, 2008 at 12:50 p.m. The process server got the phone number of the building manager, called the building manager and left a message. The Funds' process server called the building manager again on February 28, 2008 at 9:59 a.m. and March 3, 2008 at 9:45 a.m. The Funds' process server left a message each time, but the manager never returned the call.

4.      Moreover, Plaintiffs have made numerous attempts to serve the Defendants at Jones' residence, which is reasonably believed to be located at 226 N. Clinton St. Apt 405, Chicago, IL 60661. The Funds' process servers attempted service at this address on February 14, 2008 at 1:36 p.m., February 21, 2008 at 11:50 a.m., February 24, 2008 at 8:10 a.m., February 27, 2008 at 3:46 p.m., February 29, 2008 at 9:42 p.m., March 7, 2008 at 12:30 p.m., and March 12, 2008 at 6:00 p.m. The time of the service attempts ranged from 8:10 a.m. through 9:42 p.m. The

Funds also requested that their process servers conduct further inquiries as to the location of the Defendants, and new information reveals that the Jones' new residence is reasonably believed to be located at 1071 W. 15th St., Unit 249, Chicago, IL 60608.

5.　　As demonstrated by the affidavits filed by Plaintiffs' process servers, Steven A. Stosur (attached contemporaneously herewith as **Exhibits A and A-1**) and Robert Harenberg (attached contemporaneously herewith as **Exhibits B and B-1**), Plaintiffs' efforts to serve the Defendants have been diligent and reasonable.

WHEREFORE, Plaintiffs respectfully request that this Court extend time for service upon Defendants CMP Construction Company, Inc., and Kenneth Jones for 60 days.

Date: March 20, 2008

Respectfully submitted,

Laborers' Pension Fund, et al.

By:/s/ Charles Ingrassia

Office of Fund Counsel
111 West Jackson, Suite 1415
Chicago, IL 60604
(312) 692-1540

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**LABORERS' PENSION FUND, ET AL.**

PLAINTIFF(S)

VS.

**CMP CONSTRUCTION COMPANY, INC. and KENNETH JONES**

DEFENDANT(S)

Court Date:

Case No.
07 C 6866

SERVICE DOCUMENTS:
SUMMONS & COMPLAINT

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **CMP CONSTRUCTION COMPANY, INC.** at **420 S CLINTON ST., UNIT 804, CHICAGO, IL 60607** after due search, careful inquiry and diligent attempts for the reason detailed below.

12/12/2007 1:50 PM - The building engineer said he moved over 6 months ago. Def name not listed on the directory. Secure building

I declare under penalties of perjury that the information contained herein is true and correct.

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 431
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 12th day of December, 2007

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
35319



EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND, ET AL.<br><br>PLAINTIFF(S)<br><br>VS.<br><br>CMP CONSTRUCTION COMPANY, INC. and KENNETH JONES<br><br>DEFENDANT(S) | Case No.<br>07 C 6866<br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **CMP CONSTRUCTION COMPANY, INC.** at **226 N CLINTON ST., APT 405, CHICAGO, IL 60607** after due search, careful inquiry and diligent attempts for the reason detailed below.

2/14/2008 1:36 PM - This is a secure access multi unit building. The defendants name is not on the directory.
2/15/2008 1:30 PM - Atty doing research, will call back.
2/20/2008 12:00 PM - Client requests we attempt to gain access and knock on unit door.
2/21/2008 11:50 AM - Secure buiding, no access.
2/24/2008 8:10 AM - No access.
2/27/2008 3:46 PM - No access.
2/29/2008 9:42 PM - No access.
3/7/2008 12:30 PM - No access.
3/12/2008 6:00 PM - No access.
3/20/2008 7:10 AM - Was able to confirm the defendant lives at 1071 W 15th St., Unit 249, Chicago, IL 60608.

I declare under penalties of perjury that the information contained herein is true and correct.

_/s/ Steven A Stosur_

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 431
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 20th day of March, 2008

_/s/_
NOTARY PUBLIC

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/06/10

EXHIBIT A-1

CLIENT NAME:        ORIGINAL PROOF OF SERVICE        TRACKING #

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND, ET AL.<br><br>PLAINTIFF(S)<br><br>VS.<br><br>CMP CONSTRUCTION COMPANY, INC. and KENNETH JONES<br><br>DEFENDANT(S) | Case No.<br>07 C 6866<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **KENNETH JONES** at **2324 W 111TH ST, CHICAGO, IL 60643** after due search, careful inquiry and diligent attempts for the reason detailed below.

2/25/2008 12:50 PM - Got manager number from business in front of building (312) 287 7741. I called and left a message for him to call me back. Brick building, many possible apartments, no bells, in front there are some mailboxes none with defendants name on them. There are 2 bells both for the childcare business up front. Building is managed by Midway Realty LTD.
2/28/2008 9:59 AM - Called and left another message for building manager to please call me back.
3/3/2008 9:45 AM - Called Manager, left message.
3/4/2008 9:15 AM - Gave attorney status, will look into it & call back.
3/20/2008 7:10 AM - Was able to confirm the defendant lives at 1071 W 15th St., Unit 249, Chicago, IL 60608.


I declare under penalties of perjury that the information contained herein is true and correct.

_____

**Robert Harenberg, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**27 N Wacker Dr., Ste 431**
**Chicago, IL 60606**
**(630) 221-9007**


SUBSCRIBED AND SWORN to before me this 20th day of March, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10


EXHIBIT B

ORIGINAL PROOF OF SERVICE

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

TRACKING #
36706

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND, ET AL. | |
| PLAINTIFF(S) | Case No. 07 C 6866 |
| VS. | |
| CMP CONSTRUCTION COMPANY, INC. and KENNETH JONES | SERVICE DOCUMENTS: SUMMONS & COMPLAINT |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Affiant states s(he) **DISCONTINUED ATTEMPTING SERVICE** upon **CMP CONSTRUCTION COMPANY, INC.** at **2324 W 111TH ST, CHICAGO, IL 60643** after due search, careful inquiry and diligent attempts for the reason detailed below.

2/25/2008 12:50 PM - Got manager number from business in front of building (312) 287 7741. I called and left a message for him to call me back. Brick building, many possible apartments, no bells, in front there are some mailboxes none with defendants name on them. There are 2 bells both for the childcare business up front. Building is managed by Midway Realty LTD.
2/28/2008 9:59 AM - Called and left another message for building manager to please call me back.
3/3/2008 9:45 AM - Called Manager, left message.
3/6/2008 12:00 PM - Manager will not return any calls.
3/20/2008 7:10 AM - Was able to confirm the defendant lives at 1071 W 15th St., Unit 249, Chicago, IL 60608.

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Robert Harenberg, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 431
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 20th day of March, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36705


EXHIBIT B-1

**CERTIFICATE OF SERVICE**

    The undersigned certifies that he caused a copy of the foregoing Motion to Extend Time for Service to be served upon the individuals listed below via U.S. Mail, postage pre-paid, on this 20th day of March, 2008.

CMP Construction Company, Inc.
c/o Kenneth Jones
420 S. Clinton Street, Unit 804
Chicago, Illinois 60607

Kenneth Jones
1071 W. 15th Street, Unit 249
Chicago. Illinois 60608

/s/ Charles Ingrassia

4