IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07 C 6866 |
| v. | ) | |
| | ) | Judge GOTTSCHALL |
| CMP CONSTRUCTION COMPANY, INC., an involuntarily dissolved Illinois corporation, and KENNETH JONES, individually, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter having come to be heard on Plaintiffs' Motion to Extend Time for Service, due notice having been given, IT IS HEREBY ORDERED:

1. The period to serve Summons and Complaint on Defendants CMP Construction Company, Inc., and Kenneth Jones is extended for sixty (60) days.

ENTER:

_____
The Honorable Judge Joan B. Gottschall
United States District Court Judge

Dated:_____