IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07 C 6866 |
| v. | ) | |
| | ) | Judge GOTTSCHALL |
| CMP CONSTRUCTION COMPANY, INC., an involuntarily dissolved Illinois corporation, and KENNETH JONES, individually, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   CMP Construction Company, Inc.
c/o Kenneth Jones
420 S. Clinton Street, Unit 804
Chicago, Illinois 60607

Kenneth Jones
1071 W. 15th Street, Unit 249
Chicago. Illinois 60608

PLEASE TAKE NOTICE that at *9:30 a.m. on Thursday, March 27, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Joan B. Gottschall, Room 2325, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion to Extend Time for Service*, a copy of which is herewith served upon you.

March 20, 2008                                                    Laborers Pension Fund, et al.

                                                                  By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 20th day of March 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                                  /s/ Charles Ingrassia