| Form **NFP-105.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE GENERAL NOT FOR PROFIT CORPORATION ACT | File # 62621842 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-782-6961<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br><br>FILED<br>MAY 20 2008<br>JESSE WHITE<br>SECRETARY OF STATE | **SUBMIT IN DUPLICATE**<br>Date: May 20, 2008<br>Filing Fee: $10<br>Approved: /s/ |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   Laborers' Pension Fund, et al.,   first named plaintiff
   v.
   CMP Construction Company, Inc   first named defendant

   Number  07 CV 6866

2. Name of corporation being served: CMP Construction Company, Inc.
3. Title of court in which an action, suit or proceeding has been commenced: U.S. Dist. Ct. North. Dist. Ill.
4. Title of instrument being served: Summons and Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____ ; the conditions
        of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to conduct affairs in Illinois has been withdrawn/revoked (circle one) on _____, _____ .

   e. ☐ The corporation is a foreign corporation that has conducted affairs in Illinois without procuring authority, contrary to the provisions of the General Not For Profit Corporation Act of 1986.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: 420 S. Cliniton St # 804 Chicago, Illinois 60607

7. The undersigned affirms under penalties of perjury, that the facts stated herein are true, correct and complete.

   _____   May 19, 2008
   Signature of Affiant                Month & Day    Year

   ( 312 )   692-1540
   Telephone Number

**Return to (please type or print clearly):**

Charles Ingrassia
111 W. Jackson, Blvd., Suite 1415
Chicago, IL 60604-3868

**TENDERED CHICAGO CORP. DEPARTMENT**

**MAY 20 2008**

ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

Printed by authority of the State of Illinois. June 2005 — 2.5M — C 221.4