IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUNDS, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CMP CONSTRUCTION COMPANY, INC., an )<br>involuntarily dissolved Illinois corporation, and )<br>KENNETH JONES, individually, )<br>)<br>Defendants. ) | Case No.  07 C 6866<br><br>Judge GOTTSCHALL |

### NOTICE OF VOLUNTARY DISMISSAL

NOW COME Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorney, Charles Ingrassia, and hereby file this Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with regard to Defendant Kenneth Jones.

Date: May 28, 2008               Respectfully submitted,

                                 Laborers' Pension Fund, et al.

                                 By:    /s/ Charles Ingrassia

Charles Ingrassia
Office of Fund Counsel
Laborers' Pension & Welfare Funds.
111 West Jackson, Suite 1415
Chicago, IL  60604
(312) 692-1540

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a copy of the foregoing Notice of Voluntary Dismissal for Service to be served upon the individuals listed below via U.S. Mail, postage pre-paid, on this 28th day of May, 2008.

CMP Construction Company, Inc.
c/o Kenneth Jones
420 S. Clinton Street, Unit 804
Chicago, Illinois 60607

Kenneth Jones
1071 W. 15th Street, Unit 249
Chicago. Illinois 60608

/s/ Charles Ingrassia