# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6866 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Laborers' PenFd, et al vs. CMP Construction Company, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Order. It is hereby ordered that this matter is dismissed without prejudice pursuant to Fed.R.Civ.P.41(a)(1) with regard Defendant Kenneth Jones.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|