MHN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUNDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.  07 C 6866 |
| v. | ) | |
| | ) | Judge GOTTSCHALL |
| CMP CONSTRUCTION COMPANY, INC., an | ) | |
| involuntarily dissolved Illinois corporation, and | ) | |
| KENNETH JONES, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter having come to be heard on the Notice of Voluntary Dismissal by Plaintiffs

Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of

the Construction and General Laborers' District Council of Chicago and Vicinity and James S.

Jorgensen, Administer of the Funds, for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1), due

notice having been given, and the Court being fully advised in the premises, it is hereby ordered

that this matter is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with regard to

Defendant Kenneth Jones.

ENTER:

_____
The Honorable Joan B. Gottschall
United States District Court Judge

Dated: _1/29/08_____

**MAY 29 2008**