IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No. 07 C 6866 |
| v. ) ) | Judge GOTTSCHALL |
| CMP CONSTRUCTION COMPANY, INC., an involuntarily dissolved Illinois corporation, ) ) ) | |
| Defendant. ) | |

## ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds ("Funds") Order of Default and to Compel an Audit, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. Defendant CMP Construction Company, Inc., ("Defendant") is in default.

2. The Defendant is hereby directed to submit its outstanding benefit reports and contributions for the period of June 2006 forward and union dues reports and dues for the period of June 2006 forward, including all liquidated damages and accumulated liquidated damages for untimely submitted benefit contributions and dues.

3. The Defendant is hereby directed to promptly obtain and maintain a bond.

4. The Defendant is hereby directed to promptly submit its books and records to an audit for the period of June 22, 2006 forward.

FURTHER, the Court retains jurisdiction to enter judgment in sum certain upon the completion of the audit, including interest, liquidated damages, accumulated liquidated damages, audit costs, reasonably attorneys' fees and costs and such other and further relief as this Court deems to be just and appropriate.

ENTER:

_____
The Honorable Judge Joan B. Gottschall
United States District Court Judge

Dated:_____