IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CMP CONSTRUCTION COMPANY, INC., an )<br>involuntarily dissolved Illinois corporation )<br>)<br>Defendants. ) | Case No. 07 C 6866<br><br>Judge GOTTSCHALL |

## NOTICE OF MOTION

To:   CMP Construction Company, Inc.
      c/o Kenneth Jones
      420 S. Clinton Street, Unit 804
      Chicago, Illinois 60607

   PLEASE TAKE NOTICE that at *9:30 a.m. on Thursday, July 3, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Joan B. Gottschall, Room 2325, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Order of Default and to Compel an Audit*, a copy of which is herewith served upon you.

June 23, 2008                                          Laborers Pension Fund, et al.

                                                       By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

   The undersigned certifies that on this 23rd day of 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                       /s/  Charles Ingrassia