Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6866 | **DATE** | 7/3/2008 |
| **CASE TITLE** | Laborers' Pension Fund, et al vs. CMP Construction Company | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for order and to compel an audit [22] is granted. Enter Order. Defendant CMP Construction Company, Inc., is in default. The court retains jurisdiction to enter judgment in sum certain upon the completion of audit. Status hearing set for 7/9/08 is stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

FILED
2008 JUL -7 PM 12:05
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|